**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMES LUCA,

    Plaintiff,

v.

    Case No. 2:23-cv-12393
    Magistrate Judge Anthony P. Patti

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

**ORDER**
**CONSTRUING ECF No. 23 AS PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    In this civil action, Defendant moved for summary judgment (ECF No. 19) and Plaintiff has since filed a brief responding to that motion (ECF No. 23). Accordingly, **IT IS ORDERED** that ECF No. 23 is **CONSTRUED** as Plaintiff's response to Defendant's motion for summary judgment.

    **IT IS SO ORDERED**.

Dated: September 29, 2025

                                            Anthony P. Patti
                                            UNITED STATES MAGISTRATE JUDGE