**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMES LUCA,

    Plaintiff,

v.

Case No. 2:23-cv-12393
Magistrate Judge Anthony P. Patti

SOCIAL SECURITY
ADMINISTRATION,

    Defendants.

_____/

## JUDGMENT

In accordance with the opinion and order granting Defendant's motion for summary judgment entered on September 29, 2025, it is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff. The case is now closed.

    **IT IS SO ORDERED**.

Dated: September 29, 2025

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE